No. 166. D. L. PIAZZA Co. *v.* WEST COAST LINE, INC. ET AL. C. A. 2d Cir. Motion to strike the brief for the private respondents granted. Certiorari denied. MR. JUSTICE BLACK is of the opinion certiorari should be granted. *Edward B. Hayes* for petitioner. *Solicitor General Sobeloff, Assistant Attorney General Barnes, Ralph S. Spritzer* and *Clarence G. Morse* for the United States and the Federal Maritime Board; and *Stanley W. Schaefer* for the West Coast Line, Inc. et al., respondents.

No. 180. PRICE *v.* ATCHISON, TOPEKA & SANTA FE RAILROAD Co. Supreme Court of California. Certiorari denied. MR. JUSTICE BLACK and MR. JUSTICE DOUGLAS are of the opinion certiorari should be granted. THE CHIEF JUSTICE took no part in the consideration or decision of this application. *Clifton Hildebrand* for petitioner. *J. C. Gibson* and *R. S. Outlaw* for respondent.

No. 182. RETAIL CLERKS INTERNATIONAL ASSOCIATION, A. F. L., ET AL. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 9th Cir. Motion for leave to file brief of Safeway Stores, Inc., as *amicus curiae,* denied. Certiorari denied. *Roland C. Davis, S. G. Lippman, J. Albert Woll* and *Herbert S. Thatcher* for petitioners. *Solicitor General Sobeloff, George J. Bott, David P. Findling* and *Frederick U. Reel* for respondent.

No. 183. CAMINITO *v.* NEW YORK. Court of Appeals of New York. Certiorari denied. MR. JUSTICE BLACK and MR. JUSTICE DOUGLAS are of the opinion certiorari should be granted. *Maurice Edelbaum* for petitioner. *Edward S. Silver* and *William I. Siegel* for respondent.